**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTOPHER MUNSON,**
on behalf of himself and on behalf
all others similarly situated,

    Plaintiff,

v.                            CASE NO:  8:18-cv-01154-T-02JSS

**LGI HOMES CORPORATE, LLC**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, CHRISTOPHER MUNSON, by and through his undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, LGI HOMES CORPORATE, LLC, has been settled.

Dated this 12th day of December, 2018.

                                          Respectfully submitted,

                                          Luis A. Cabassa
                                          Florida Bar No. 0053643
                                          Wenzel Fenton Cabassa P.A.
                                          1110 N. Florida Avenue, Suite 300
                                          Tampa, Florida 33602
                                          Main No.: 813-224-0431
                                          Direct No.: (813) 379-2565
                                          Facsimile No.: 813-229-8712
                                          Email: lcabassa@wfclaw.com
                                          Email: twells@wfclaw.com
                                          **Attorneys for Plaintiff**

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th day of December, 2018, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Theresa M. Gallion, Esquire
Cornell Smith Mierl & Brutocao, LLP
1607 West Ave.
Austin, TX 78701
Email: tgallion@cornellsmith.com

_____
Luis A. Cabassa