**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**DIVISION**

**CHRISTOPHER MUNSON,**
on behalf of himself and on behalf
all others similarly situated,

    Plaintiff,

v.                               CASE NO.: 8:18-cv-01154-T-02JSS

**LGI HOMES CORPORATE, LLC**

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, CHRISTOPHER MUNSON, on behalf of himself and on behalf all others similarly situated, and Defendant, LGI HOMES CORPORATE, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 20th day of December, 2018.

| | |
|---|---|
| FISHER & PHILLIPS LLP | WENZEL FENTON CABASSA, P.A. |
| 101 E. Kennedy Blvd., | 1110 North Florida Avenue |
| Suite 2350 | Suite 300 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: (813) 769-7500 | Telephone: 813-224-0431 |
| Facsimile: (813) 769-7501 | Facsimile: 813-229-8712 |
| | |
| BY: */s/Brett P. Owens* | BY: */s/Luis A. Cabassa* |
|     Brett P. Owens |     Luis A. Cabassa |
|     Florida Bar No. 0112677 |     Florida Bar Number: 0053643 |
|     E-mail;bowens@fisherphillips.com |     E-mail: lcabassa@wfclaw.com |
| |     Counsel for Plaintiff |

CORNELL SMITH MIERL & BRUTOCAO, LLP
1607 West Ave.
Austin, TX 78701
Telephone: (512) 328-1540

BY: */s/ Theresa M. Gallion*
 Theresa M. Gallion, Esq
 Florida Bar Number: 0726801
 E-mail: tgallion@cornellsmith.com
 **Counsel for Defendant**